UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X   BANKRUPTCY
                                                       CASE # 23-72389-ast

IN RE:

Gary A. Billings,

                                DEBTOR APPLICATION
                 Debtor.              PURSUANT TO LOCAL
                                <u>RULE 1009-1(a)</u>
---------------------------------------------------------X

Gary A. Billings, the debtor herein, filed a voluntary petition under Chapter 13 on July 5, 2023, wherein the debtors wish to amend Schedule E, F to make the following changes:

    1.) Add Internal Revenue Service as a priority creditor.


       Copy of Schedules "E, F" are herein enclosed with the changes and/or corrections thereto.

       WHEREFORE, applicant hereby requests Schedule "E, F" be amended to reflect the aforementioned changes.

Dated: Bay Shore, New York
      October 17, 2023

                                 Yours, etc.
                                 The Brooke Law Firm
                                 BY: _/s/ John P. Brooke__
                                 JOHN P. BROOKE, ESQ.
                                 Attorney for Debtor/Petitioner
                                 85 West Main Street, Ste. 201
                                 Bay Shore, NY 11706

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------X          Case No. 8-23-72389-AST

In Re:


GARY A. BILLINGS,                                                    Chapter 13
                    Debtor.                          **AFFIRMATION OF SERVICE**

----------------------------------------------X

        John P. Brooke, an attorney duly admitted to practice in this Court states that:

        Deponent is not a party to the action, is over 18 years of age and maintains an office in Bay Shore, New York. On October 17, 2023 I served a copy of the plan on all persons in interest in this Proceeding, by depositing a true copy of same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, addressed to the following creditors and/or persons on behalf of creditors at the address designated by said attorney or creditor and/or by ECF notification:


United States Trustees Office-via ECF notification
Long Island Federal Courthouse
560 Federal Plaza
Central Islip, NY 11722-4456

Krista Preuss, Esq.-via ECF notification
100 Jericho Quadrangle
Ste. 127
Jericho, NY 11753

Internal Revenue Service
Central Insolvency Operation
PO Box 7346
Philadelphia, PA 19101


                       /s/ John P. Brooke_____

                       JOHN P. BROOKE, ESQ.

**CASE NO. 8-23-72389**
**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

**IN BANKRUPTCY**

---

**IN MATTER OF**

**GARY A. BILLINGS**

**DEBTOR**

**APPLICATION PURSUANT TO LOCAL RULE 1009-1**

---

**JOHN P. BROOKE, ESQ.**
**ATTORNEY FOR PETITIONER/DEBTOR**
**85 WEST MAIN STREET, STE. 201**
**BAY SHORE, N.Y. 11706**


**REFERRED TO**
**CLERK**

DATE_____